IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CHRISTOPHER S. KAUFMAN, | ) |
| Plaintiff, | ) |
| v. | ) CV 623-050 |
| WARDEN BOBBIT, et al., | ) |
| Defendants. | ) |

**O R D E R**

In Plaintiff's objections to the Court's October 10, 2023 Report and Recommendation ("R&R"), Plaintiff requests a forty-five-day extension of time to object to the R&R and also requests the Court direct the Clerk of Court send Plaintiff a copy of his complaint. (Doc. no. 10.)

The Court **GRANTS** Plaintiff an extension of time to file objections. Plaintiff shall have through and including December 15, 2023, to file his objections to the October 10th R&R. The Court, however, **DENIES** Plaintiff's request for a copy of his complaint, as Plaintiff is not entitled to free copies of legal documents. Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . ."); see also Jackson v. Florida Dep't of Fin. Servs., 479 F. App'x 289, 292-93 (11th Cir. 2012) ("This Court has never held that a prisoner's right of access to the courts entitles a prisoner-plaintiff, even one proceeding *in forma pauperis*, to free copies of court documents, including his own pleadings.").

SO ORDERED this 31st day of October, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA